| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO | DAY | YEAR | J | N/S | O | D PTF | R DEF | 23 | $ DEMAND Nearest $1,000 | JUDGE/MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | NUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 869 | 3 | 85 | 3057 | 08 | 30 | 85 | 2 | 290 | 1 | | | | | J 6906 M | 46065 | | 85 | 30 |

### PLAINTIFFS
CAPITOL CITY GAS, Inc;
DeGEEST, J. H.,
HEIDEPRIEM, Herbert A., and
JONES, J. H., d/b/a JHJ Partnership;
REED, Mark E. and
REED, Colleen C., d/b/a The Jewel
  Box, Inc.;
KORKOW, Ken;
BURKE, J. Shanard, d/b/a Shan Burke;
OVERHEAD DOOR COMPANY of Rapid City,
  Inc.;
BRIGGS, Benjamin L. and
BRIGGS, Laverne;
REIMAN, Robert L. and
MORRIS, Steven M.;
SOOPER DOOPER, Inc.;
M.G. ASTLEFORD Co., a partnership, and
CARR, Jay;
ULLAND, Robert K.;
CONE AG SERVICES, Inc.

### DEFENDANTS
UNITED STATES OF AMERICA

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28:2409(a)   Plffs. seek to quiet title against the U.S. in the property.

### ATTORNEYS

John S. Lovald
P.O. Box 66
Pierre, SD 57501
224-8851

Bonnie P. Ulrich
Ass't. U. S. Atty.

---

CHECK HERE IF CASE WAS FILED IN

FILING FEES PAID

| DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|
| | | |

STATISTICAL CARD

| CARD | DATE M |
|---|---|
| JS-5 | |

| DATE 1985 | NR. | PROCEEDINGS CIV85-3057  Capitol City Gas, Inc., et al. vs. United States of Am[e...] |
|---|---|---|
| Aug. 30 | 1 | Civil COVER SHEET filed |
| Aug. 30 | 2 | COMPLAINT with Exhibits A & B attached filed |
| Aug. 30 |  | ISSUING Summons.  Fur. 3 copies and handing to John S. Lovald for [...] |
| Sept. 4 | 3 | Plff's. SCHEDULING ORDER filed. |
| Sept. 4 |  | Notice of Entry and copy mailed to John S. Lovald |
| Sept. 23 | 4 | Plff's. RESPONSE to scheduling order filed. |
| Nov. 4 | 5 | STIPULATION by counsel for additional thirty days to file answer f[...] |
| Nov. 4 | 6 | ORDER that defendant may have an additional thirty days in which t[...] answer filed |
| Nov. 4 |  | Notice of Entry and copy of Order mailed John S. Lovald and Bonnie |
| Dec. 3 | 7 | DISCLAIMER of Defendant United States filed |
| Dec. 17 | 8 | SUMMONS returned and filed |
| Dec. 17 | 9 | INQUIRY LETTER to Plff. in regard to case status filed |
| Dec. 17 | 10 | Plff's. MOTION for Order confirming U.S. Disclaimer of all Interes[t] in Certain Real Property 28 U.S.C.S. 2409a(d) filed.  Copy fur. c[...] |
| Dec. 17 | 11 | Plff's. MOTION for Dismissal Rule 12(h)(3) and 28 U.S.C.S. 2409a(d) filed.  Copy fur. court. |
| Dec. 17 | 12 | Plff's. BRIEF in Support of Motion for Confirmation of Disclaimer [...] Dfd't. U.S.A. and Brief in Support of Dismissal pursuant to Order Confirming Disclaimer by U.S.A. Rule 4 §8 as Amended (Local Rule) filed. |
| Dec. 17 | 13 | CERTIFICATE of Service filed. |
| Dec. 20 | 14 | ORDER of Dismissal with prejudice and without taxation of costs fi[l] |
| Dec. 20 |  | Notice of Entry and copy of Order mailed John Lovald and Bonnie Ul[...] |
| Dec. 26 | 15 | ORDER Confirming Disclaimer and Order of Dismissal filed. |
| Dec. 26 |  | Notice of Entry and copy of Order mailed John Lovald and Bonnie Ul[...] |
| Dec. 26 | 16 | ORDERED vacating Order of 12/20/85 in its entirety filed. |
| Dec. 26 |  | Notice of Entry and copy of Order mailed John Lovald and Bonnie Ul[...] |